

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

James Anthony Marmolejo,  * From the 385th District Court
of Midland County
Trial Court No. CR48257.

Vs. No. 11-17-00071-CR  * February 28, 2019

The State of Texas,  * Memorandum Opinion by Wright, S.C.J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J., sitting
by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.